Michael J. Sexton CA Bar No. 153435
michael.sexton@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendants
United Surgical Partners International, Inc.;
and Tenet Healthsystem Medical, Inc.

Michael W. Quade CA Bar No. 171930
mquade@quadelaw.com
Cheryl L. Gustafson CA Bar No. 234490
cgustafson@quadelaw.com
QUADE & ASSOCIATES, a PLC
3377 Carmel Mountain Road, Suite 150
San Diego, CA  92121
Telephone:  858-642-1700
Facsimile:   858-642-1778

Attorneys for Plaintiff, Dorothy Jeaneen Cockrell

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DOROTHY JEANEEN COCKRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SURGICAL PARTNERS INTERNATIONAL, INC., a Texas corporation; TENET HEALTHSYSTEM MEDICAL, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00119 FMO (SPx)<br><br>**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER FOR PRETRIAL PROCEEDINGS**<br><br>Complaint Filed: November 20, 2020<br>Trial Date: April 19, 2022<br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Sheri Pym |

Case No. 5:21-cv-00119 FMO (SPx)
[PROPOSED] ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER

# ORDER

## APPROVING STIPULATED PROTECTIVE ORDER

Plaintiff Dorothy Jeaneen Cockrell ("Plaintiff") and Defendants United Surgical Partners International, Inc. and Tenet Healthsystem Medical, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, submitted a Stipulation for Protective Order to the court on July 21, 2021.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED, that the Stipulation for Protective Order is approved with one modification: the Stipulated Protective Order does not govern the use of Protected Material at trial; instead, any use of Protected Material at trial shall be governed by the orders of the trial judge, and therefore any references to procedures at trial in the Stipulated Protective Order are not here approved.

DATED: July 29, 2021

_____
Honorable Sheri Pym
Magistrate Judge

**PROOF OF SERVICE**
*Dorothy Jeaneen Cockrell v. United Surgical Partners International, Inc., et al.*
Case No. 5:21-cv-00119 FMO (SPx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On July 29, 2021, I served the following document(s):

**[PROPOSED] ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

  ☐ the written confirmation of counsel in this action:
  ☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

2
Case No. 5:21-cv-00119 FMO (SPx)
[PROPOSED] ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 29, 2021, at San Diego, California.

*Pamela Blanton* (signature)

Pamela Blanton

## SERVICE LIST

| | |
|---|---|
| Michael W. Quade, Esq.<br>Cheryl L. Gustafson, Esq.<br>QUADE & ASSOCIATES, a PLC<br>3377 Carmel Mountain Road, Suite 150<br>San Diego, CA  92121<br>Telephone:   858-642-1700<br>Facsimile:    858-642-1778<br>mquade@quadelaw.com<br>cgustafson@quadelaw.com | Attorneys for Plaintiff<br>Dorothy Jeaneen Cockrell |

47902116.1